**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 15-6530**

---

WILLIAM EDWARD FRITZ,

　　　　　Plaintiff - Appellant,

　　　v.

ALLYN AKOSOMITAS; DET. KIMBERLY MILKS,

　　　　　Defendants – Appellees,

　　　and

CODY GROEBER; MASON WEST,

　　　　　Defendants.

---

Appeal from the United States District Court for the District of South Carolina, at Charleston.   Richard Mark Gergel, District Judge.  (2:13-cv-03532-RMG)

---

Submitted:  July 21, 2015　　　　　Decided:  July 24, 2015

---

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

William Edward Fritz, Appellant Pro Se.  Robin Lilley Jackson, Sandra J. Senn, SENN LEGAL, LLC, Charleston, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Edward Fritz appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Fritz v. Akosomitas</u>, No. 2:13-cv-03532-RMG (D.S.C. Mar. 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>